# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

LUNDES GARRETT,                    :

    Appellant,                 :  CIVIL ACTION NO. 3:17-0352

    v.                         :  **(JUDGE MANNION)**

JPMORGAN CHASE BANK, *et al.,*     :

    Appellees.                 :

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the motions to *quash* filed by the following appellees are **GRANTED**:

(1)  Duane Morris and Brett L. Messinger, (Doc. 3);

(2)  Kristine M. Anthou, Elizabeth M. Cagnon, and Grenen & Birsic PC, (collectively, the "Grenen appellees"), (Doc. 4);

(3)  JPMorgan Chase Bank, (Doc. 5); and

(4)  Pennymac Loan Services, LLC, (Doc. 6).

**IT IS FURTHER ORDERED THAT** the instant appeal filed by *pro se* appellant Lundes Garrett, (Doc. 1), is **DISMISSED** for lack of subject-matter jurisdiction. The duplicate motions filed by the Grenen appellees, (Doc. 7), and JPMorgan Chase Bank, (Doc. 9), are dismissed as moot. The Clerk of Court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 27, 2017**